## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | |
|---|---|
| ALTERNATIVE RUBBER & PLASTICS, INC., on behalf of itself and all others similarly situated,<br><br>                Plaintiffs,<br><br>   vs.<br><br>AAA COOPER TRANSPORTATION; ARKANSAS BEST CORPORATION; ABF FREIGHT SYSTEMS, INC.; AVERITT EXPRESS, INC.; CON-WAY FREIGHT, INC.; ESTES EXPRESS LINES, INC.; FEDEX CORPORATION; FEDEX FREIGHT CORPORATION; FEDEX NATIONAL LTL, INC.; JEVIC TRANSPORTATION, INC.; OLD DOMINION FREIGHT LINE, INC.; OVERNITE CORPORATION; ROADWAY EXPRESS, INC.; R+L CARRIERS, INC.; SAIA, INC.; SAIA MOTOR FREIGHT LINE, LLC; SOUTHEASTERN FREIGHT LINES, INC.; SUN CAPITAL PARTNERS IV, LLC; UNITED PARCEL SERVICE, INC.; WATKINS MOTOR LINES; YELLOW TRANSPORTATION, INC.; YRC REGIONAL TRANSPORTATION, INC.; and YRC WORLDWIDE INC.,<br><br>                Defendants. | Civil Action No. 07-cv-01827-RBW<br><br>**NOTICE OF APPEARANCE** |

Please enter my appearance as attorney of record for Defendant OLD DOMINION FREIGHT LINE, INC. in the above matter.

WA411332.1

Dated:  November 9, 2007               CLIFFORD CHANCE US LLP
                                       By: _____/s/_____
                                       Julia C. Symon (D.C. Bar No. 456828)
                                       2001 K St., N.W.
                                       Washington, DC  20006

                                       Telephone: (202) 912-5000
                                       Facsimile: (202) 912-6000

                                       Attorneys for Defendant Old Dominion Freight
                                       Line, Inc.

- 2 -                                                                    WA411332.1